UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| EDWARD L. HARRIS | ) | |
|---|---|---|
| *Petitioner*, | ) | |
| v. | ) | No. 3:97-cv-407 |
| | ) | *Jordan* |
| RICKY BELL, Warden | ) | |
| *Respondent*. | ) | |

## **O R D E R**

The respondent's motion for summary judgment is **GRANTED** to the extent set forth in the accompanying Memorandum and it is **ORDERED** as follows:

The petitioner's claims which are moot, as identified by the court in the accompanying Memorandum, are **DENIED** as **MOOT**. The petitioner's claims which are procedurally defaulted, as identified by the court in the accompanying Memorandum, are **DENIED** on that basis. The petitioner's claims which were considered on the merits by the state courts, as identified by the court in the accompanying Memorandum, are **DENIED**. The respondent is **ORDERED** to file an answer or other response to the remaining claims for relief, as identified by the court in the accompanying Memorandum.

**E N T E R:**

                                                                s/ Leon Jordan
                                                United States District Judge