UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| EDWARD L. HARRIS ) | |
| ) | |
|    *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:97-cv-407 |
| ) | *Jordan* |
| ) | |
| RICKY BELL, Warden ) | |
| ) | |
|    *Respondent*. ) | |

## **MEMORANDUM AND ORDER**

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a motion for extension of time to reply to petitioner's *Brady* claims. The motion [Court File No. 267] is **GRANTED**. Respondent shall have up to and including December 21, 2007, to file his answer to the *Brady* claims.

**ENTER:**

                                                                       s/ Leon Jordan
                                                    United States District Judge